# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOHN THOMAS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:21mj091/EMT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   9/9/2013 through 12/3/2020   in the county of   Escambia   in the
  Northern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1343 | - Wire Fraud |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Joiner, FBI Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone following hand-delivered submission.

Date:   3-12-21  

_____
*Judge's signature*

City and state:      Pensacola, Florida        Elizabeth M. Timothy, Chief U.S. Magistrate Judge
*Printed name and title*

FILED USDC FLND PN
MAR 12 '21 AM11:00