UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 3:21-CR-40-MCR |
| | : | |
| JOHN THOMAS | : | |
| _____ | : | |

# **NOTICE TO THE COURT REGARDING LENGTH OF SENTENCING**

COMES NOW, the undersigned counsel, on behalf of the Defendant, JOHN THOMAS, and pursuant to local rules and this Court's Order, files this his notice to the court that as of today's date the estimated length of the Defendant's portion of sentencing shall last approximately 60 minutes.

## CONCLUSION

WHEREFORE, the Defendant, JOHN THOMAS, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
O'Brien Hatfield Reese, PA
511 West Bay Street
Third Floor - Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien  
Mark J. O'Brien, Esquire