**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                  **Case No.:   3:21cr40/MCR**

**JOHN M. THOMAS**

_____/

**NOTICE OF LIS PENDENS**
**RE: FORFEITURE**

**GRANTEE**:   **SHANA S. THOMAS**

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on July 6, 2021, an Indictment was returned by a Grand Jury sitting in the Northern District of Florida, Pensacola Division, charging the above defendant, with violations of Title 18, United States Code, Sections 1343, 1956(a)(1)(B)(i), 1957 & 2.   The Indictment, dated July 6, 2021, included a criminal forfeiture allegation forfeiting to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), all of the defendant's right, title, and interest in any property, real and personal, constituting and derived

1

from proceeds traceable to such offenses, which includes the marital home as

follows:

    **i.**    Property, real and personal, constituting, and derived from, proceeds traceable to such offense; and as a result of the forfeiture count, proceedings have commenced against **Real Property located at 289 Plantation Hill Road in Gulf Breeze, Santa Rosa County, Florida, Parcel ID Number:  043S29321200C000140, titled in the name of Shana S. Thomas, more particularly described as:**

> **Lot 14, Block C, Plantation Hill Unit 3, according to the map or plat thereof as recorded in Plat Book F, Page(s) 53, Public Records of Santa Rosa County, Florida**[1.]

FURTHER NOTICE IS HEREBY GIVEN that the provisions of

Title 18, United States Code, Section 1963(i) prohibit any claimant to the

described property from (1) intervening in the trial or appeal of the

criminal case, or (2) commencing an action at law or equity against the

United States concerning the validity of any alleged interest subsequent to

the indictment, except as provided by the provisions of Title 18 United

States Code, Section 1963(l).

---

[1] The marital home located at 289 Plantation Hill Road, Gulf Breeze, Florida, was not included in the indictment.  The government will forfeit as a substitute asset to pay down the money judgment.

Dated this 17th day of September, 2021.

Respectfully submitted,

JASON R. COODY
United States Attorney

*//s// Jeffrey M. Tharp*
Jeffrey M. Tharp
Assistant United States Attorney
Florida Bar No. 45066
Northern District of Florida
21 East Garden Street
Pensacola, Fla. 32501
850-444-4000