# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.            Case No.:    3:21cr40/MCR

**JOHN M. THOMAS**

_____/

## GOVERNMENT'S MOTION FOR ENTRY OF
## PRELIMINARY ORDER OF FORFEITURE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court pursuant to Federal Rules of Criminal Procedure, Rule 32.2(b), for the issuance of a Preliminary Order of Forfeiture in the above-styled criminal matter against the following property:

i. A 1979 Jeep CJ7 Roadster with VIN J9F93AH074309;

ii. A 2017 Lexus model GX460 luxury sport utility vehicle with VIN JTJJM7FX4H5158634;

iii. A 2019 Subaru model Crosstrek Limited wagon with VIN JF2GTANC2K8394539;

iv. A 2013 Lexus model RX350 with VIN 2T2ZK1BA0DC110664;

v. Contents of Synovus Bank account ending in 4513 in the name of "Thomas Insurance, LLC" in the amount of $1,217.63, with any interest earned thereon;

1

vi. $15,200.00 in Wells Fargo Bank cashier's check number 0737903872 in the amount of $15,200.00 made payable to United States Marshals Service;

vii. $17,500.00 in US Bank cashier's check number 4696512711 in the amount of $17,500.00 made payable to United States Marshals Service;

viii. Contents of America First Federal Credit Union account ending in 7334 in the name of "John Thomas" in the amount of $24,269.25, with any interest earned thereon;

ix. Contents of Charles Schwab account ending in 4609 held in the name of "JSSK Family Trust" in the amount of $2,478.17, with any interest and/or dividends earned thereon, and any appreciation thereof;

x. Contents of E*Trade account ending in 5699 held in the name of "Shana S. Thomas" in the amount of $165,020.83, with any interest and/or dividends earned thereon, and any appreciation thereof;

xi. Contents of E*Trade account ending in 1990 held in the name of "John M. Thomas" in the amount of $143,237.15, with any interest and/or dividends earned thereon, and any appreciation thereof;

xii. the real property located at 289 Plantation Hill Road in Gulf Breeze, Santa Rosa County, Florida, Parcel ID Number: 043S29321200C000140, titled in the name of Shana S. Thomas, more particularly described as:

> Lot 14, Block C, Plantation Hill Unit 3, according to the map or plat thereof as recorded in Plat Book F, Page(s) 53, Public Recordsof Santa Rosa County, Florida.

xiii.  the real property located at 5 Portofino Drive #1006, Pensacola Beach, Escambia County, Florida, Property Tax ID # 282S261000667003, titled in the name of "The JSSK Family Trust Dated October 7, 2014," more particularly described as:

> Unit 1006 of Portofino Tower Five, a Condominium, along with the exclusive right to the use of certain limited common elements known as Parking Spaces 167 and 169 and Storage Area 81, according to the Declaration of Condominium thereof recorded in Official Records Book 5874, page 871, of the Public Records of Escambia County, Florida and all amendments thereto, together with its undivided share in the common Elements;

xiv.  the real property located at 2001 High Street, Park City, Summit County, Utah, Parcel # CCRS-1-15, titled in the name of "John Michael Thomas and Shana Sheppard Thomas as Trustees of the JSSK Family Trust dated October 7, 2014," more particularly described as:

> Unit 15, CANYON CROSSING CONDOMINIUMS, PHASE I, a Utah Condominium Project, together with its appurtenant undivided ownership interest in and to the common areas and facilities, as established and described in the Record of Survey Map recorded December 16, 1998 as Entry No. 525308, and in the Declaration of Condominium of Canyon Crossing Condominiums recorded December 16, 1998 as Entry No. 525310, in Book 1211, at Page 602, of the Official Records of Summit County, Utah; and

xv.  the real property located at 1010 W. Garden Street, Pensacola, Florida, titled in the name of John S. Thomas and Shana S. Thomas, more particularly described as:

> Lot Nineteen (19) and West half (W1/2) of Lot Twenty (20), in Block Fifty-Two (52), of The Maxent Tract, according to map of said City copyrighted by Thomas C. Watson in 1906, said

3

    property having a frontage of 45 feet on the North side of Garden Street by a depth of 125 feet, Escambia County, Florida.

 xvi. the real property located at 289 Plantation Hill Road in Gulf Breeze, Santa Rosa County, Florida, Parcel ID Number: 043S29321200C000140, titled in the name of Shana S. Thomas, more particularly described as:

    Lot 14, Block C, Plantation Hill Unit 3, according to the map or plat thereof as recorded in Plat Book F, Page(s) 53, Public Records of Santa Rosa County, Florida.

1. On or about July 26, 2021, a Grand Jury sitting in the Northern District of Florida returned a twenty-four count Indictment against the defendant, John M. Thomas, charging him in various counts in violation of Title 18, United States Code, Sections 1343, 1956(a)(1)(B)(i), 1957 and 2. (Doc. 15)

2. The Indictment also included a criminal forfeiture provision, pursuant to Title 18, United States Code, Section 982(a)(1). *Id.*

3. On August 25, 2021, the defendant pled guilty to Counts One through Twenty-Four of the indictment and executed the Statement of Facts. (Docs. 49-51). The defendant specifically refused to sign the plea agreement, wherein he would have agreed to forfeit the above referenced assets.

4. Therefore, at this time, the government files this Motion for Entry of a Preliminary Order of Forfeiture to seek forfeiture of the defendant's right, title and interest in the above identified assets.

5. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties known to have or claim a legal interest in said property, and will also publish notice on the Government's official forfeiture website, www.forfeiture.gov, of the Court's Order, and the United States' intent to dispose of the property in such manner as the Attorney General and Court may direct.

WHEREFORE, the United States respectfully requests entry of a Preliminary Order of Forfeiture for the above-described property.

Dated this 7th of October, 2021.

        Respectfully submitted,

        JASON R. COODY
        Acting United States Attorney

        *//s// Jeffrey M. Tharp*
        Jeffrey M. Tharp
        Assistant United States Attorney
        Florida Bar No. 45066
        Northern District of Florida
        21 East Garden Street
        Pensacola, Fla. 32501
        850-444-4000